# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. **24mr2082**
The Person of DOLAN PAUL VICTORINO, Year of Birth )
1978 )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See attachment A, attached hereto and incorporated herein.

located in the District of New Mexico, there is now concealed *(identify the person or describe the property to be seized)*:
See attachment B, attached hereto and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153, 1111: Murder in Indian Country | |

The application is based on these facts:
See attached Affidavit in Support of an Application for a Search Warrant, attached hereto and incorporated herein.

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:_____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Dinah Lee, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

Telephone    *(specify reliable electronic means)*.

Date: November 8, 2024

*Judge's signature*

City and state: Albuquerque, ~~Farmington~~, New Mexico

THE HONORABLE ~~B. PAUL BRIONES,~~ Kirtan Khalsa
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** THE PERSON OF DOLAN PAUL VICTORINO, YEAR OF BIRTH 1989 | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41
FOR A WARRANT TO SEARCH AND SEIZE**

1. I, Dinah Lee, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

2. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to obtain standards of Deoxyribonucleic acid (also known as "DNA"), in the form of buccal swabs, from an alleged suspect in a homicide investigation. The suspect is DOLAN PAUL VICTORINO ("DOLAN"), an Indian male, born in 1978. He is approximately 5'7" tall, 150 pounds, with brown eyes. The last four numbers of DOLAN's Social Security Number are 0998. DOLAN is an enrolled member of the Pueblo of Acoma, which is a federally recognized Indian Tribe. It is believed that DOLAN currently resides in Acoma, NM area, which is in the District of New Mexico. I believe DOLAN'S DNA may be present on the body of S.V., year of birth 1979 ("John Doe"), a deceased person who is the victim in this investigation.

3. I am a Special Agent with the United States (U.S.) Department of Interior, Bureau of Indian Affairs (BIA), Office of Justice Services (OJS), and have been serving in this capacity since March 2019. I am currently assigned to the BIA Missing and Murdered Unit (MMU) in Albuquerque, New Mexico. My primary investigative responsibilities as an agent include initiating and responding to missing persons investigations and historical homicide investigations occurring within Indian Country. I have investigated violent crimes occurring within Indian Country such as unattended deaths, aggravated assaults, assaults by

strangulation and suffocation, sexual assaults, and arson. I am a graduate of the Department of the Interior's (DOI) Land Management Investigator Training Program (LMITP) from the Federal Law Enforcement Training Center (FLETC), Brunswick, Georgia. I have a master's degree in criminal justice, bachelor's degree in biology, and two associate degrees in applied science, one in Forensic Technology and the other in Automotive Technology. I have taken courses which include biological evidence, physical evidence, and DNA Genealogy which provided training on collecting and obtaining DNA to investigate crimes.

4. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510; that is, an officer of the United States of America who is empowered to investigate and make arrests for offenses alleged in this warrant.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

6. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe a violation of 18 U.S.C. §§ 1153 and 1111, Murder in the First Degree in Indian Country, has been committed upon victim John Doe by DOLAN. There is also probable cause to search the item described in Attachment A for evidence further described in Attachment B.

## PROBABLE CAUSE

7. On December 18, 2020, 41-year-old John Doe was found deceased in a secluded area on Blackjack Road, near New Mexico State Road 412, off mile marker 4.5, east of Bluewater State Park, within the exterior boundaries of the Navajo Nation Indian Reservation in Prewitt, New Mexico. Navajo Nation Police Officer Matthew Carr ("Officer Carr") and Navajo Nation Senior Criminal Investigator Larry Etsitty, Sr. ("CI Etsitty") responded to the scene and initiated their investigation.

8. On December 19, 2020, an autopsy was performed on Doe by the New Mexico Office of the Medical Investigator (OMI). Their preliminary report of the autopsy revealed Doe sustained gunshot injuries to the head and neck. According to the OMI's report of findings, Doe's cause of death was multiple gunshot wounds, and the manner of death is homicide.

9. During the autopsy, OMI collected the following evidence from Doe's body: left- and right-hand fingernail clippings; a hair sample from Doe's scalp; Doe's blood sample card; and traces of hair on Doe's clothing. Those samples were kept in the lawful custody of OMI and later, the Bureau of Indian Affairs. Based on my training, experience, and involvement in this case, I know that these items were collected and were stored in such a manner that DNA present on the evidence at the time of collection would still be present on the evidence at the time when it was later tested.

10. During his investigation, CI Etsitty interviewed the victim's girlfriend, Witness 1 ("W1"). W1 disclosed that her acquaintance, Witness 2 ("W2"), had told her that Doe had been with an individual named Randi Riley ("Riley") around the time of Doe's death and that Doe and Riley had been traveling in Doe's Ford Explorer to Phoenix, Arizona to purchase drugs. W1 stated that W2 told her Riley was also with two other unidentified males. W1 disclosed that W2 and Riley are acquaintances.

11. In April 2022, CI Etsitty requested assistance with his investigation from the BIA MMU. Thereafter, I was assigned to assist CI Etsitty with the investigation.

12. On August 11, 2022, Special Agent Dennis Park (SA Park), with the State of New Mexico Department of Justice, and I conducted a follow-up interview with W1. W1 stated in that interview that W2 had introduced Riley to Doe. According to W1, W2 had told her that Doe had agreed to drive Riley to the Indian reservation (assumed to mean the Navajo Nation) to pick up Riley's check on their drive to Phoenix to pick up the drugs in the Explorer.

13. W1 disclosed that Doe's friend, Witness 3 ("W3"), showed W1 a screenshot of text messages between Riley and W2. One screenshot contained a photograph of a handgun positioned on a vehicle seat with a text message "look at my baby" (or words to that effect).

14. On August 26, 2022, SA Park and I interviewed W3 at her residence. During the interview, W3 showed the agents a picture of Riley on her phone. The photograph of Riley was from a Facebook page profile. W3 described Riley as a thin Indian/Native girl, with bleached hair and a rose tattoo on top of her right hand. W3 stated that Riley goes by the nickname "Ranz" and lives in Gallup or Grants but stays in Albuquerque.

15. On this same date, I requested that W3 email me screenshots of the text messages she received from W2 referenced above. While at W3's residence, I received an email from W3 containing attachments of the screenshots of the text messages. In the text messages, I observed messages between Riley and another individual. W3 stated that the other individual in the message thread was W2.

16. The following excerpts are quotes from messages between Riley (Ranz) and W2:

**Unknown date and time (information was cut off in screenshot):**

> **Ranz**: The ride is gonna be [Doe] cuz Kyle said no
> **Ranz**: Are they coming

5

>**W2**: Yes
>**W2**: How did [Doe] get involved
>**W2**: Where did [Doe] come from
>**Ranz**: Cuz he asked if I wanted to go to AZ an I need a ride to go get my check on the rez
>**W2**: Wow
>**W2**: Is he here
>**W2**: That's crazy I didn't know you talked to him like that
>**W2**: When is he going?
>**Ranz**: Today
>**W2**: Like tonight? Are you going with him? I wanna send him with money
>**Ranz**: Yea already passing the rez he said sorry he should have been on the road 2hrs ago
>**W2**: You're with him?
>**W2**: I'm so confused
>**W2**: I thought he was taking the guys?

**(Unknown date) Friday, 12:50 AM:**

>**Ranz**: No I didn't go with him

**(Unknown date) Friday, 8:56 AM:**

>**W2**: Oh ok It was just crazy the way everything happened mama You got here to be picked and had Jeffrey "meet" you but you weren't even gonna be here then I said [Doe] was coming for the guys

**(Unknown date) Sunday, 9:07 AM:**

>**Ranz**: Look at my baby [*with an image of a firearm*]

**(Unknown date) Monday, 1:40 PM:**

>Audio Call between Ranz and W2 (2 minutes)

**(Unknown date) Monday, 2:48 PM:**

>**W2**: Who drives a blk Jeep? Some girl with dark hair and a blk Jeep is how he got out there
>**Ranz**: Damn I'm trying to figure out who drives a blk keep I don't even know who drives a Jeep

**(Unknown date and time) Monday:**

>**W2**: Was he in his car when he dropped you off
>**W2:** Are you coming here I need to talk to you
>**W2**: On the real in serious shit Ranz

6

> **Ranz**: Yea he was in his ride an said he was going to pick up whoever was going with him
> **W2**: Ok are you coming later then?
> **Ranz**: If I get a ride

17. Based in part upon the aforementioned interviews and the above text-messages, I chose to interview Riley. On September 12, 2022, SA Park and I conducted a custodial interview of Riley at the BIA Laguna Agency Office in Laguna, NM. Riley was in custody on an unrelated matter. Riley was read her Constitutional rights per *Miranda*. Riley signed that she understood and waived her rights. Riley then provided the following information: Riley resides on the streets in Albuquerque, NM. When asked if she knew W2, she initially denied knowing her, then later admitted that she stayed with W2 at W2's house for a few months and dated W2's cousin. When asked about Doe, Riley responded that she "knew what this was about" (or something to that effect), and she knew nothing. Riley then explained that she had heard from W2 that Doe had gone missing. Riley stated that W2 had sent her long text messages and talked "shit" to her, telling Riley that she had something to do with Doe and the money. After making this statement, Riley invoked her rights and requested a lawyer; the interview was then terminated.

18. During the interview, Riley was offered a 16-ounce can of Coca Cola soda. Riley drank from the soda can while being interviewed. When Riley invoked her rights and the interview ceased, she was escorted out of the room by a corrections officer. Riley abandoned the soda can on the table. I photographed the soda can on the table, then swabbed the opening area of the soda can before dumping the remaining liquid down the bathroom sink. I seized the soda can and the swabbed cotton swab for submission to the laboratory for forensic analysis.

19. On October 18, 2022, I submitted several items of evidence to the Federal Bureau of Investigation's Laboratory for forensic analysis, including Doe's right- and left-

hand fingernail clippings, hair samples from Doe's scalp, Doe's blood sample card, traces of hair on Doe's clothing, and the soda can and accompanying cotton swab.

20. On October 16, 2023, I received the FBI's Laboratory Report No: 2022-02510-4 which reported DNA was obtained from Doe's left hand fingernail clippings. According to the report, the DNA obtained originated from three individuals, one of whom is Doe. In addition, male DNA was obtained from Doe's right hand fingernail clippings. That DNA originated from two individuals, one of whom is Doe. The DNA results obtained from these items were not eligible for entry into the Combined DNA Index System (CODIS). For further examination, the laboratory requested a known blood or buccal (saliva) sample from additional subject(s) be submitted for comparison.

21. On September 26, 2024, I sought and received a federal search warrant for several Facebook user account IDs which I tied to Riley based on the screenshotted messages provided to me by W3. These accounts are **randi.riley.184**; **randi.riley.92**; **riley.randi**; **100086603906772**; and **100071073714056**. On September 27, 2024, I served the search warrant upon Facebook via the online Facebook Law Enforcement Portal. On October 7, 2024, I received the data records from Facebook pursuant to the issued warrant.

22. I reviewed the data records associated with the Facebook user account IDs. In the data records of Facebook user account ID **randi.riley.92,** I saw a one-to-one chat between Riley (Facebook: 100057201368956) and an individual named "Dolan Victorino," who was associated with Facebook account 100052957710686. Through a search of Riley's Facebook friends list and a Google search for the following link: https://www.facebook.com/100052957710686, I discovered Dolan Victorino's Facebook profile page, which includes his profile picture. I then determined Dolan Victorino to be DOLAN, the target of the present search warrant application.

8

23. The following excerpts are quotes from messages between DOLAN and Riley:[1]

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-17 22:50:11 MST
**Body** Easy lick do u have a ride this guy I'm driving with him to AZ an he has 7gs on him[2]

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 00:25:43 MST
**Body** So r u going to sell me that ride

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 01:04:12 MST
**Body** Wya

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 01:33:12 MST
**Body** I'm at my house and I can go to u

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 01:37:52 MST
**Body** Now u don't answer

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 03:05:04 MST
**Body** Call me

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 03:54:47 MST
**Body** Dolan called you.
**Call Record Missed** false
**Duration** 168

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 0**6**:47:32 MST
**Body** Where u at

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 06:47:42 MST
**Body** Yea when u still there

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 06:49:16 MST
**Body** I'm here

---

[1] Note that the dates and times listed here have been converted from Coordinated Universal Time ("UTC"), which is the format in which the Facebook records came, to Mountain Standard Time ("MST"), the time zone for the District of New Mexico.

[2] Note that in common slang, a "lick" refers to a robbery.

9

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 06:49:52 MST
**Body** Where you at

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 06:50:13 MST
**Body** Ment u still there okay getting to villa

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 06:53:16 MST
**Body** I need to get cash from ATM at 108

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 06:55:16 MST
**Body** But ur at water canyon now right

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 07:11:08 MST
**Body** Hey so what's up I'm way out here wya

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 07:12:53 MST
**Body** I told u we r getting cash at the ATM here at 108

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 07:13:29 MST
**Body** I don't like to listen u know that lol. Ok so wya now

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 07:45:18 MST
**Body** I had to drop Fran off. I'm leaving now and I can meet u where ever

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 07:45:37 MST
**Body** Where does Fran live

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 07:45:41 MST
**Body** Wyb

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 07:46:55 MST
**Body** She lives by a little was from me and I'm headed back out of the rez

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 07:47:19 MST
**Body** Ok meet me at villa

**Author** Randi Riley (Facebook: 100057201368956)

**Sent** 2020-12-18 07:47:36 MST
**Body** Who u with

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 07:50:07 MST
**Body** I'll be by my self

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 08:06:55 MST
**Body** I'm coming

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 08:16:29 MST
**Body** Picked up warren

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 08:17:05 MST
**Body** Ok and what now

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-18 16:05:17 MST
**Body** Hey we need to get going cause she will spend her cash

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 17:59:39 MST
**Body** Hey what's up what's the plan

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-18 22:03:04 MST
**Body** Hey why u taking off lol

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-19 17:45:20 MST
**Body** Hey u have that cash I jus woke up

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-19 17:49:14 MST
**Body** That fucking bitch has the ride and I ain't wit her so hit her up

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-19 17:49:49 MST
**Body** Come on dough don't play me like that warren jus said u guys were in it

**Author** Dolan Victorino (Facebook: 100052957710686)
**Sent** 2020-12-19 17:50:21 MST
**Body** I'm not with them guys

**Author** Randi Riley (Facebook: 100057201368956)
**Sent** 2020-12-19 17:52:20 MST

11

**Body** Alright then that's cool y'all can jus keep it I'm not gonna be going back an forth her saying u have it an u saying she has it.

24. Based upon this Facebook conversation, I believe that Riley and DOLAN were plotting to rob John Doe of $7,000 and his vehicle, then DOLAN planned to purchase Doe's stolen vehicle from Riley. This conversation occurred on the same day that Doe was ultimately found murdered. I believe DOLAN, Riley, and other individuals' robbery of Doe ultimately led to Doe's murder and the theft of Doe's Ford Explorer.

25. Subsequently, I obtained an incident report involving DOLAN from the Laguna Pueblo Tribal Police Department. Per that report, on May 20, 2021, approximately five months after Doe's murder, DOLAN was stopped by a Laguna Tribal Police Officer for a traffic violation. In the report, DOLAN was identified as the driver of a 2001 Ford Explorer. The Explorer was identified by the tribal officer by its vehicle identification number (VIN 1FMZU74E31ZA50927) located on the dash of the driver' side near the windshield. The VIN on the Ford Explorer matches the VIN of Doe's Ford Explorer. The Ford Explorer was seized from DOLAN then towed to Interstate Towing in Grants, NM. This incident confirms that DOLAN did in fact obtain Doe's stolen vehicle.

26. Based on the FBI's Laboratory Report 2022-02510-4, the male DNA evidence obtained from Doe's left and right fingernail clippings originated from three individuals, one of whom is Doe. I believe that one of the two unidentified male DNA samples present on Doe's body may have transferred from DOLAN.

27. Based on my experience and training, I know evidence or trace evidence such as bodily fluids (e.g., semen and saliva), skin cells, and hair – being DNA evidence – may be transferred during contact in the commission of a homicide. Such evidence usually requires observation and analysis by forensic technicians in a laboratory setting to analyze and detect. In my experience, I know DNA evidence such as saliva (usually in the form of buccal swabs) is extremely beneficial in identifying individuals and linking suspect(s) to crimes. Such DNA

evidence may be matched to the suspect (s) or it may be used for elimination purposes. Thus, a confirmation sample from DOLAN must be acquired to provide a conclusion about the possible DNA association. As such, I request a search warrant to obtain DNA swabs – specifically two buccal swabs – from DOLAN's mouth.

## JURISDICTION

28. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the "district court of the United States (including a magistrate judge of such court)… that – (i) has jurisdiction over the offense being investigated."

## METHOD OF EXECUTION

29. The buccal-swab samples from DOLAN will be obtained pursuant to approved procedures, without unnecessary discomfort to DOLAN, in private, and under circumstances where he will feel little or no pain or embarrassment.

30. Should DOLAN refuse to allow me to collect DNA pursuant to this search warrant, I request the Court's permission to use reasonable force, only if necessary, to execute this search warrant.

31. After collection, I will ship DOLAN's swabs to the FBI Laboratory for comparison testing.

## CONCLUSION

32. Based on the foregoing, your affiant submits that there is probable cause to believe that the above-described individual has committed a violation of 18 U.S.C. §§ 1153, 1111: Murder in the First Degree in Indian Country, and in light of the above information, there is probable cause to believe that obtaining a DNA sample from DOLAN PAUL VICTORINO is necessary in order to complete the forensic examination of DNA analysis and comparison with samples collected from lawfully-obtained evidence in this case.

33. Your affiant therefore requests that the attached warrant be issued authorizing the search of DOLAN PAUL VICTORINO, the person described in Attachment A, for seizure of DOLAN's DNA, described in Attachment B, by reasonable means, including force, if DOLAN physically resists, to be used for DNA testing and comparison by the FBI Laboratory.

34. Assistant United States Attorney Eliot Neal reviewed and approved this affidavit for legal sufficiency to establish probable cause.

Respectfully submitted,

Dinah Lee
Special Agent
Bureau of Indian Affairs Missing and Murdered Unit

Subscribed and sworn to before me on __November 8__, 2024.

THE HONORABLE ~~B. PAUL BRIONES~~ Kirtan Khalsa
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Person to be Searched

The person of DOLAN PAUL VICTORINO, a Native American Indian male, born in 1978, approximately 5'7" (five feet seven inches) in height, 150 pounds, with brown eyes. The last four numbers of Dolan's Social Security Number are 0998.

**ATTACHMENT B**

**Person to be Searched:** DOLAN PAUL VICTORINO, a Native American Indian male, born in 1978, approximately 5'7" (five feet seven inches) in height, 150 pounds, with brown eyes. The last four numbers of Dolan's Social Security Number are 0998.

**Items to be seized:**

1. Collection of two (2) DNA buccal swab standards, specifically saliva fluid from Dolan's person.